# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Joann Kniga,

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Nursing Boards - Florida
(AHCA) Florida,
(Florida Agency for Healthcare administration)

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 8:23 cv 1045 KKM-MRM
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☒ YES ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Joann Koniga

   Address: 4918 W 14st B9

   City, State, and Zip Code: Bradenton, FL 34207

   Telephone: _____ (Home) _____ (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Florida-Department of Health Nursing Boards

   Name of Employer *(if relevant)*: _____

   Address: 4052 ~~Bald~~ Bald Cypress Way Bin 6-7

   City, State, and Zip Code: Tallahassee, FL 32399-3252

2. Defendant's Name: __AHCA  Agency of Healthcare administration__

   Name of Employer (if relevant): _____

   Address: __2727 Mahan Drive__
   __Ta__

   City, State, and Zip Code: __Tallahasee, FL 32308__

3. Defendant's Name: _____

   Name of Employer (if relevant): _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   (Provide this information for any additional Defendants in this case by attaching additional pages as needed.)

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _Violation of my 8th amendment rights Cruel and Unusal Punishment_ _Violating of my first amendment rights Right to practice my religion_ _Discrimination Based on Color_ _Discrimination of my disability_

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1.  Plaintiff(s)

    a.  Plaintiff is an individual and a citizen of: _United States_

    b.  If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

    _____

    *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes    ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

### III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_Please See attached_

NDFL Pro Se 1 (Rev. 12/16) Civil Complaint
ClerkAdmin/Official/Forms

6

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. _Release of the Cruel and Unusual Punishment. Removal of discipline._
_Damages for the above complaint ordeal._
_Damages for pain & suffering_
_Damages done to my professional career_

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5 / 2023  Plaintiff's Signature: *Joann Kniga*

Printed Name of Plaintiff: Joann Kniga

Address: 4918 W 14 Street B9
Bradenton, FL 34207

E-Mail Address: jonurs7777@gmail.com

Telephone Number: 754 249 3001

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

To the judge:

I am asking for an emergency hearing. In September of 2016. I am also asking for a zoom meeting as a disability accommodation as I have a disability and I cannot sit in a car for long distances as I have joint and colon issues. I notified the board of a no contest misdemeanor that I was released early because it was such an injustice and have no regret about protecting myself against a perpetrator who has repeatedly tried to connect with me with my friends on me so many times after I was given this misdemeanor for supposedly violating this person. He has repeatedly tried to call me and my friends trying to get them to help him come back to Florida. They are my friends, not his. I called and spoke to nursing boards customer service twice and I had a metro pCs phone and there were call logs and I informed them of this and what I was to do and they told me "your all set". I moved for my protection and there was no forwarding address because it was for my protection. I found out from a patient there was a case on my nursing license and called immediately to find out what it was about. This office has forced me into an agreement telling me if I don't agree they will take away my rights of practice. This is not freely signed. I was told there were no rights to fight since it already was a case and they won't drop and get rid of a case once it's started. That was a lie as I sat and listened on 4/19 that you were dismissing cases until they denied the public access to these meetings as I told them I would speak at this hearing on these injustices to all these patients and me. They blocked the public from hearing. The State of Florida has chosen to protect facilities and those violating the Florida Statutes. They have allowed those of a certain race to violate me and do unthinkables to me. I have been directly fired, harmed and irreparable damages as a result of the state's failures to act . They have chosen to protect a certain race and allow certain people to commit horrendous purposeful acts against the disabled and elderly. I have been forced to watch the greatest injustices to human beings, they are murdered and I am ordered to withhold care that is not legally allowed, I refuse and as a result, I am severely harmed. This violates my civil rights. Patients are being abused, murdered and frauded on purpose. I have reported incidents that affect thousands of patients and the nursing board and the AHCA has failed its duties to me and my patients. They require me to do this but yet allow the massive bullying, retaliation, threats to me and ultimately the greatest harm to me and my patients. Their failures to act properly have caused severe harm to more patients and create this culture that is conducive to harm and acceptance of this over prudent nursing care. They are at fault. The State of Florida has failed to do a thing about people failing to report abuse and neglect and has protected those violating Florida statute. It has caused irreparable harm because the Florida board and State of Florida has neglected its duties and to fulfill its obligation to patients and nurses abiding by their statues. The State of Florida because of their negligent practices and failing their duties, have caused irreparable harm to me in lost wages, trauma, and devastating effects to me as a practitioner and as a human being that cannot purposely hurt human beings who are defenseless and relied on us to help them. Under Florida AHca watch, in order for me to stay employed I must be willing to falsify records or not report those who are violating horrendous acts against the elderly. State has let the patients down and nurses who have held their ethical duties to the best of their ability. .I have tirelessly had to protect my patients from professionals and facilities that were doing purposeful harm to patients knowingly and failed to cease the

behavior. I know I will get retaliated against and bullied, lose income, but it is my duty and the state has told me if I do not, I will not have a nursing license. I am harmed everyday. I have held that duty and the state has neglected its duty. The care and medications held against their will and state did nothing to stop these individuals purposely doing harm directed to cause harm. There was no,mistake it was done on purpose. They did nothing over and over and breached its duty to patients. The State of Florida by this agreement and failure to follow its own Statue has violated my civil rights and this constitutes cruel and unusual punishment and also forces me to go against my religion, if I want to stay employed. My religion states , it is a sin t d purposeful harm and not to speak up against those who are doing purposeful harm. In the nursing field, it is Florida statute that if patients are being neglected or abused, a practitioner must report. Nurses purposely withholding care and falsifying care and medications, are considered violating acts. The horrors, I have been forced to witness, will forever be in my mind. I worked on ER trauma but it was different, I watched and saw many kinds of deaths but we did everything to try to save them. In the capacity state has sentenced me, I am required to harm, falsify records, do medicare fraud and just do everything but what I believe in and my duty to my patients and I can't thus I have suffered irreparable damages. I have faced severe retaliation with this agreement and caused irreparable harm. I have had for the past three years, I turned in and done my forced agreement and this department has failed me causing me harm and knowingly put me in harm's way. These places are equated to Hitler style gas chambers that continue to harm and falsify records forcing patients to pay for services they have not had, that kill them. They want nurses to falsify records and cover it up and create severe retaliation for those who won't participate. Bullying and grave damages results towards nurses who choose to not participate. I have a duty to my patients, my religion and the state told me if I do not do this, they will forever take away any rights to practice nursing. States have failed to make that duty a responsibility to certain people. Patients have not received care that is ordered and t it has harmed them including deaths. The State of Florida has knowingly erroneously reported these deaths as covid knowing all along they are not as a result of Covid but from abuses they have sustained because the state has failed to act. Care and deaths were reported as covid when in fact it was due to purposeful withholding of medications and care that was needed. These patients were denied their right to these services but forced to pay as they were being killed. They paid to be killed. False covid deaths knowing that they are not covid deaths but purposeful deaths from lack of care and purposeful withholding of medications, falsifications of records and forced neglect of care that this board has failed to protect the public and as a result thousand of disabled and elderly have died not due to covid but because this agency failed to protect them. The State of Florida had knowingly labeled them covid deaths knowing that is not the case at all. I have come forward and have three years of evidence that is undeniable and have turned over to the State of Florida and as a result , instead of the State of Florida which has forced me into this agreement knowing that certain practitioners are doing purposeful harm and do not hold them accountable to the Florida statute. At no time did Logan White nor the board of Nursing ever notify me of this nor disclose important information even when asked of this department's actual duties it fails to enforce that protects actual harm and deaths of patients. This is going on even with non-covid patients. These practices have gone on for years. Logan White hid these thighs from me and didn't disclose these acts to me.He held back evidence that would have circumvented this agreement making it void. I cannot have legal ethical duty or

sound mind purposely to harm my patients. I just can't comply with any order that tells me to harm my patients against the Florida Statute. I can't honor it. My. religion states I cant or I will be cast into eternal hell. I live with this everyday and there is no reason a nurse should have to be in this which is cruel and unusual punishment.

This agreement has forced me into facilities that force me if I want to keep my job to falsify and harm patients and I do not want to do that and it is against my religion and my religious rights and at no time did the State of Florida tell me nor notify me that it won't hold people accountable for violating these acts of abuse nor harm to my patients I uphold an ethical duty to try within my realm to do a duty to them in the best to my ability. I am put in environments that are not suitable for any nurse and expected to act in the top notch expectations when the State is failing everyone. I stand for myself, all the nurses and my patients that have been harmed due to your neglect of duties.  The nursing board and the Health Care administration duty is to protect and they have failed their duties . I can prove that hundred times over. I can come into the judge's chamber and tell you one by one what they did and as a result of their actions more harm was done. it violates my civil right and wrongfully imposed on me. Due to Hippa I can not disclose names to protect their identity and comply with hIPPA but behind closed doors to protect them I can reveal this information and hand over the proof. I am happy to have discovery. . All violations should be dropped especially since law violates anyone reporting any crimes to anybody. Nursing violates people and the rights of citizens. It is unconstitutional to hold anyone for life. It violates my civil rights.

AS evidence by. Due to HIppa I must keep certain things private so I can list for a few examples:

Facility one. I found hundreds of medications not given, patients were denied proper pain medication and a nurse wrongfully administered a diabetic medicine causing hospitalization causing severe harm. I stepped forward. I was fired and those violated still employed.

Facility number 2:  75 percent of medications were falsified. They were denying care to patients and actual harm and death occurred. I reported and I was severely bullied and retaliation occurred.   I was attacked and I was barred and those falsifying and harming state allowed them to work with no repercussions.

Facility three: I was ordered by management to purposely illegally withhold medications to confused patients. I failed to comply and got those patients their medication ordered by a dr and the law because it's illegal and attempted murder, if I do not. I reported. I was barred and the state allowed those to continue to harm. The one patient even needed Xrays as fluid was being gained as their diuretic was illegally withheld.

I am continuing to be harmed as a result of the state's failure to properly intervene and it is purposeful harm. They are purposely withholding care and medications and the patients are suffering. State should be going in and sanctioning those who are purposely withholding care for long periods of time and cease the behavior and hold those accountable. They aren't as a result I am harmed. I am forced to comply with their sanctions and threatened if I do not.

I have a duty to God and cannot practice that duty because of state negligence. I have a duty to not harm. My religion states I cannot purposely harm. I am required to harm in this capacity or I cannot hold a job trying to protect my patients. New facility had many bodies taking out on the news and I was called to duty. I showed up on a door to a place to help. I came. The DOn said you're an angel because everyone is running and I have no one. I came to help. I was left with so many patients just myself and the state stepped in to help with this criss as bodies were being taken out. I won't get immunized because of my religious convictions. I was called to duty to serve for him. Everyone got sick but me. They wanted my blood and formally requested to take samples every week and I declined. I did not get sick on the job ever. . I told them it's God. He will protect me. I don't need an immunization to do that. In fact so many got sick the state requested my blood on a weekly basis to test it to see why I didn't get sick as everyone else did. I said because my God protects me. Faith cannot be analyzed under a microscope, it is in your heart, not in a vial of blood. These people were withholding care and deceiving patents. It wasn't covid as it's reported. They were withholding care and defects in care were being done. I confronted my boss on these defects of care and violations of patients. I was transferred to another facility. State was all in this building. They were participating in care that harmed patients. State also was trying to correct this facility's violations to patients but they called to give heads up as I emailed the governor's office at 9 am telling them I intercepted the call, they thought I was one of them. I was not. They called to give heads up to get it ready as they were raiding at noon. To make it look good they will come in three hours. I emailed the governor's office at 9am. They said they'd be there at noon. I emailed the governor's office at 9am telling him in three hours they were raiding. I kept this email and emailed it to a safe record for safe keeping. I again emailed the governor at noon when they entered as I knew and was told. It was arranged. They rigged the door and the state did not enter the area but checked it off as secured but never entered as it was rigged to hold for a second. As a result of these, many more bodies in body bags were carried out the door because of these violations. Body bags full of people forced to pay for care they were scammed they did not get. But force to pay for that resulted in their deaths. . It allowed the confused patients to wander .. They wandered into the healthy area to the deathly sick that were denied their care and medicines and waiting on death's door. Thousands of medications are falsified given which in fact. they have never even come from a pharmacy. Some do not even exist as they are recalled and they are marked as given. It is falsified.


They protect those who purposely harm and kill patients and falsify records for the sake of profit. From my understanding, they got 25000 bodies through the grapevine for a covid death. THat may be hearsay but regardless the case as insurance pays them out, specifically Medicare. . Whatever the reason, it was done to them. I came forward on the deficit of care and was fired. Repeatable, I can prove an African American was at that deceptiveness to me in trying to assert deceptive and cover ups to prevent me from protecting my patients.Stae in return protected the one individual and allowed them to reign. I was fired. I am demanding these reprimands be released of me as it violates my civil rights due to the failure of this board of nursing to uphold its own statues. The State of Florida has participated in the harm and killing of patients and as a

result of me coming forward I have suffered severe retaliation and the end it lies on the State of Florida. They have wrongly called patients covid deaths when knowingly, it was purposeful harm.

I am asking for an emergency hearing by a Judge. I have been violated of my 8th amendment rights, they have violated my religious rights and they have discriminated against my disability, color, my religious rights to practice and harm to thousands of elderly that require immediate intervention for a judge to help save their lives.

I as a human being should not be sentenced to having to watch humans being exterminated and harmed. It constitutes cruel and unusual punishment, especially a person that has been a victim of a crime like this and its forced irreparable harm due to the state's negligence. The state and Mr Logan White were all notified of my PTSd that I suffered from an attack. Man broke into my home and attacked me . I suffered grave injuries and suffered PTSdI suffered for a year of ptsd that resulted in seeing the events over and over again and severe withdrawal where for a month I could not participate in speech. The state has sentenced me to have to witness grave abuses to human beings and the impact of this cruel and unusual punishment that state knowingly does not sanction people to their statues thus allowing one set of people to freely reign and harm and the others who protect to be severely retaliate forced to act errors and professionals that are so unethical to harm and acts that kill patients on purpose. I am seeking damages and an overture of this heinous cruel and unusual punishment and see how it is a violation of my 8th amendment rights and against my civil rights to humanity.

I am asking to do any hearing by zoom as I am disabled and have a disorder that cannot be in cars long distance as I am suffering from a connective tissue disorder actively under care of doctors. I am requesting accomodations.

*Joann Kniga*

Joann Kniga